## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01676-MSK-NYW

MARIANNE ZBYLSKI, as parent and next friend of S.Z., a minor, and
MARK ZBYLSKI, as parent and next friend of S.Z., a minor,

      Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
PATRICIA DIERBERGER, in her individual capacity, and
JAMES MCMURPHY, in his individual capacity,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendants' Unopposed Motion to Compel Criminal Justice Records and Evidence from the Douglas County Sheriff's Office (the "Motion"). [#35, filed March 20, 2015]. Pursuant to the Order Referring Case dated September 12, 2014 [#16] and the Memorandum dated March 20, 2015 [#36], the matter was referred to this Magistrate Judge.

      Plaintiffs filed a Response to the Motion on March 20, 2015 [#37], stating that they do not oppose the requested relief, but were not consulted prior to Defendants filing the Motion. Counsel are reminded of their duty to confer with any opposing counsel or unrepresented party prior to filing most motions, including this instant one, and describing in the motion their specific efforts to fulfill that duty. D.C.COLO.LCivR 7.1(a).

      IT IS ORDERED that the Motion is **GRANTED**:

1. The Douglas County Sheriff's Office is ORDERED to produce all documents and/or evidence requested in Defendants' March 10, 2015 Subpoena ("Subpoena");

2. Any materials responsive to the Subpoena shall be produced pursuant to the Protective Order issued in this matter on September 17, 2014 [#21], and Defendants shall provide access to or copies of those materials to Plaintiffs.

DATED: March 24, 2015