**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01676-MSK-NYW

MARIANNE ZBYLSKI, as parent and next friend of S.Z., a minor, and
MARK ZBYLSKI, as parent and next friend of S.Z., a minor,

      Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
PATRICIA DIERBERGER, in her individual capacity, and
JAMES MCMURPHY, in his individual capacity,

      Defendants.

---

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendants' Unopposed Motion to Restrict Exhibit A of Defendants' Motion to Compel Criminal Justice Records and Evidence from the Douglas County Sheriff's Office (the "Motion"). [#39, filed March 31, 2015]. Pursuant to the Order Referring Case dated September 12, 2014 [#16] and the Memorandum dated April 2, 2015 [#40], the matter was referred to this Magistrate Judge.

      IT IS ORDERED that the Motion is **GRANTED**. The Clerk of Court is directed to maintain the Level 1 Restriction placed on Docket No. 35-1, pursuant to D.C.COLO.LCivR 7.2. The court expects that Parties will redact confidential information so that restriction of the entire document is not required in the future.

DATED: April 6, 2015