**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01676-MSK-NYW

MARIANNE ZBYLSKI, as parent and next friend of S.Z., a minor, and
MARK ZBYLSKI, as parent and next friend of S.Z., a minor,

      Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
PATRICIA DIERBERGER, in her individual capacity, and
JAMES MCMURPHY, in his individual capacity,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Joint Motion to Amend Scheduling Order (the "Motion"). [#49, filed June 5, 2015]. Pursuant to the Order Referring Case dated September 12, 2014 [#16] and the Memorandum dated June 8, 2015 [#50], the matter was referred to this Magistrate Judge.

      IT IS ORDERED that, for good cause shown, the Motion [#49] is **GRANTED**:

1. The Parties shall complete discovery by **July 10, 2015**; and

2. The Parties shall file dispositive motions, if at all, on or before **August 24, 2015**.

DATED: June 10, 2015