# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01676-MSK-NYW

MARIANNE ZBYLSKI, as parent and next friend of S.Z., a minor, and
MARK ZBYLSKI, as parent and next friend of S.Z., a minor,

      Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
PATRICIA DIERBERGER, in her individual capacity, and
JAMES MCMURPHY, in his individual capacity,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Second Joint Motion to Amend Scheduling Order (the "Motion"). [#52, filed July 7, 2015]. Pursuant to the Order Referring Case dated September 12, 2014 [#16] and the Memorandum dated July 8, 2015 [#53], the matter was referred to this Magistrate Judge.

      IT IS ORDERED that, for good cause shown, the Motion [#52] is **GRANTED**, the discovery deadline is extended up to and including **July 14, 2015** for the purpose of taking the one requested deposition.

DATED: July 10, 2015