**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01676-MSK-NYW

MARIANNE ZBYLSKI, as parent and next friend of S.Z., a minor, and
MARK ZBYLSKI, as parent and next friend of S.Z., a minor,

    Plaintiffs,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
PATRICIA DIERBERGER, in her individual capacity, and
JAMES MCMURPHY, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiffs' Motion to Amend Complaint and Jury Demand and Motion to Amend Caption (the "Motion"). [#55, filed August 3, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated September 12, 2014 [#16] and the memorandum dated August 11, 2015 [#57].

    IT IS ORDERED that the Motion [#55] is **GRANTED**, the Clerk of the Court is directed to accept [55-1] for filing as the Second Amended Complaint and to amend the case caption on the docket accordingly.

DATED: August 13, 2015