**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01676-MSK-NYW

SHANNON ZBYLSKI,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT,
PATRICIA DIERBERGER, in her individual capacity, and
JAMES MCMURPHY, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiffs' Motion to Compel Pursuant to F.R.C.P. 45(d)(2)(B) (the "Motion"). [#56, filed August 5, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated September 12, 2014 [#16] and the memorandum dated August 11, 2015 [#58].

    IT IS ORDERED that the Motion [#56] is **GRANTED**, and RSA, Inc. shall produce to Plaintiff a complete copy of its files regarding the evaluation of Richard Johnson.

DATED: August 21, 2015