IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01676-MSK-NYW | Date: | October 8, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| SHANNON ZBYLSKI, | *Craig Alan Silverman* |
| | *Kimberly M. Hult* |
| **Plaintiff,** | |
| v. | |
| DOUGLAS COUNTY SCHOOL DISTRICT, | *Mary Gwyneth Whalen* |
| PATRICIA DIERBERGER, | *William Stuart Stuller* |
| JAMES MCMURPHY, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:59 p.m.

Appearance of counsel. Lauren E. Groth appears with Ms. Hult and Mr. Silverman. Pat Dierberg and Robert Ross appear with Mr. Stuller and Ms. Whalen.

Discussion and argument held on Plaintiff's Motion for Sanctions for Spoliation of Evidence [66] filed August 24, 2015.

**ORDERED:   Plaintiff's Motion for Sanctions for Spoliation of Evidence [66]/[70] is TAKEN UNDER ADVISEMENT.**

Currently both motions [66]/[70] are under restriction. Discussion held regarding if the restrictions are appropriate. The court will review and issue an omnibus order. Parties are instructed to review and comply with D.C.COLO.LCivR 7.2 prior to filing any additional restricted documents.

Court in Recess: 3:06 p.m.          Hearing concluded.          Total time in Court:   01:07

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.