**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover               Date: November 3, 2015
Court Reporter:       Janet Coppock

Civil Action No. 14-cv-01676-MSK-NYW

*Parties*:                                           *Counsel Appearing:*

SHANNON ZBYLSKI,                               Kimberly Hult
                                                    Craig Silverman

           Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT, PATRICIA        Gwen Whalen
DIEBERGER and JAMES McMURPHY, in their          William Stuart Stuller
individual capacities,

           Defendants.

---

## COURTROOM MINUTES

---

HEARING:    Law and Motion

**10:08 a.m.     Court in session.**

The Court addresses Motion to Restrict (**Doc. #69**).

Statement from plaintiff's counsel regarding restriction request and redactions.

Oral findings are made of record and incorporated herein.

**ORDER:**      The Motion to Restrict (**Doc. #69**), is **GRANTED in part and DENIED in part**
                in accordance with the Court's oral ruling.

The Court defers ruling on the other motions to restrict for the reasons stated on the record.

The Court addresses the joint 702 Motion (**Doc. #68**).

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The parties address whether or not the expert opinions addressed the joint 702 motion are implicated in the pending Motion for Summary Judgment.

The Court addresses the opinions with counsel, which expert witnesses and/or opinions may need a hearing.

The parties will review the joint 702 motion and in light of today's hearing, file a joint amended 702 motion after conferring.

**ORDER:**          Amended Joint 702 motion will be filed by **November 17, 2015**.  Pre-summary judgment 702 evidentiary hearing is set on **February 22, 2016 at 9:00 a.m.**  The parties will indicate in their amended joint 702 motion whether the hearing on February 22, 2016 is needed, and if so, how much time is needed on that day.

**11:17 a.m.          Court in recess.**

**Total Time:     1hour 9 minutes.**
**Hearing concluded.**