**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                              Date: March 4, 2016
Court Reporter:        Terri Lindblom

Civil Action No. 14-cv-01676-MSK-NYW

*Parties*:                                                                    *Counsel Appearing:*

SHANNON ZBYLSKI,                                              Kimberly Hult
                                                                                     Craig Silverman
                    Plaintiff,                                                 Lauren Groth

v.

DOUGLAS COUNTY SCHOOL DISTRICT; PATRICIA        Gwen Whalen
DIERBERGER, in her individual capacity; and JAMES      William Stuart Stuller
MCMURPHY, in his individual capacity,

                    Defendants.

---

**COURTROOM MINUTES**

---

HEARING:     Motions/Case Management Conference

**2:03 p.m.     Court in session.**

The Court addresses the Motions to Restrict (**Doc. #81, #91, #104**)

**ORDER:**     Motions to Restrict (**Doc. #81, #91, #104,**) are **DENIED**, but the effect of the Order is **STAYED** for 14 days.  The parties may re-file the documents in redacted form, blacking out information that they do not believe should be disclosed and they don't want the Court to consider.

The Court addresses Motion for Summary Judgment (**Doc. #65**).

No further argument.

Oral findings and conclusions of  law are made of record and incorporated herein.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** Motion for Summary Judgment (**Doc. #65**) is **GRANTED in part and DENIED in part** as set forth on the record.

The Court addresses the Objections to Magistrate Judge Decision on Sanctions (**Doc. #117**)

**ORDER:** Objections to Magistrate Judge Decision on Sanctions (**Doc. #120, #120**) are **OVERRULED**.  The Magistrate Judge's decision (**Doc. #117**) is **AFFIRMED.**

The Court addresses the parties revised Rule 702 Motion and the Motion to Restrict it **(Doc. #114)**

The Rule 702 hearing will not be set at this time and the motion at Doc. #114 remains pending.

**ORDER:** Proposed Final Pretrial Order; voir dire and jury instructions will be filed by **April 8, 2016.**  Final Pretrial Conference is set on **May 9, 2016 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO. Lead counsel and the parties must attend.

**3:17 p.m.** Court in recess.

**Total Time:   1 hours 14 minutes.**
**Hearing concluded.**